No. 12–7024.  MIRANDA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 12–7027.  ZEBROWSKI *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–7028.  VAKSMAN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 12–7039.  SHARP *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.